IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRECT DIXON**                                                                                **PETITIONER**
**ADC #172460**

**CASE NO. 4:20-CV-1402-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Derrect Dixon's 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. No. 1) and amended petition for writ of habeas corpus (Doc. No. 4) are hereby DISMISSED, WITH PREJUDICE.

DATED this 15th day of March, 2021.

                                                                                        _____
                                                                                     UNITED STATES MAGISTRATE JUDGE